Brandt L. Wolkin, State Bar No. 112220
E-Mail: bwolkin@wolkincurran.com
Catharine M. Tolson, State Bar No. 271223
E-Mail: ctolson@wolkincurran.com
WOLKIN – CURRAN, LLP
111 Maiden Lane, Sixth Floor
San Francisco, California 94108
Telephone No.: 415.982.9390
Facsimile No.: 415.982.4328

Attorneys for Plaintiff GEMINI INSURANCE COMPANY

Andrew R. McCloskey, State Bar No. 179511
E-Mail: amccloskey@mwwdlaw.com
Michael Drury, State Bar No. 177993
E-Mail: mdrury@mwwdlaw.com
McCLOSKEY, WARING, WAISMAN & DRURY LLP
12671 High Bluff Drive, Suite 350
San Diego, California 92130
Telephone No.: 619.237.3095
Facsimile No.: 619.237.3789

Attorneys for Defendant ALLIED WORLD INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEMINI INSURANCE COMPANY, a Delaware corporation,<br><br>            Plaintiff,<br><br>  v.<br><br>ALLIED WORLD INSURANCE COMPANY, an Iowa corporation, and DOES 1-10,<br><br>            Defendants. | Case No. 3:20-cv-03234-JCS<br><br>**JOINT STIPULATION RE: VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ALLIED WORLD INSURANCE COMPANY** |

///
///
///
///
///
///

1

STIPULATION RE VOLUNTARY DISMISSAL OF ALLIED WORLD INSURANCE CO. – 3:20-cv-03234-JCS

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii):

    1.    Gemini Insurance Company shall dismiss this action, without prejudice, against Allied World Insurance Company; and

    2.    Gemini Insurance Company and Allied World Insurance Company shall each bear its own costs and attorneys' fees incurred in connection with this action.

**IT IS SO STIPULATED.**

Dated: June 12, 2020                           **WOLKIN – CURRAN, LLP**

By:   */s/Brandt L. Wolkin*
      Brandt L. Wolkin
      Attorneys for Plaintiff
      GEMINI INSURANCE COMPANY

Dated: June 12, 2020                           **McCLOSKEY, WARING, WAISMAN & DRURY LLP**

By:   */s/Michael Drury*
      Michael Drury
      Attorneys for Defendant
      ALLIED WORLD INSURANCE COMPANY

### ATTESTATION PER LOCAL RULE 5-1(i)(3)

The e-filing attorney hereby attests that concurrence in the filing of the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

Dated: June 12, 2020                           **WOLKIN – CURRAN, LLP**

By:   */s/Brandt L. Wolkin*
      Brandt L. Wolkin
      Attorneys for Plaintiff
      GEMINI INSURANCE COMPANY